**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

BRYAN SEAN GALVIN,          :   No. 59 EM 2017

                 Petitioner      :

            v.                :

COURT OF COMMON PLEAS BERKS    :
COUNTY,                           :

               Respondent     :

## ORDER

**PER CURIAM**

       **AND NOW**, this 22nd day of June, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.